IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| Joseph E. Gourley,       ) | |
|     Plaintiff,       ) | |
| ) | Case No.  SA-11-CV-01058 |
| v.       ) | |
| ) | JURY DEMAND |
| Eggemeyer Land Clearing, LLC,       ) | |
|     Defendant       ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned litigation, Joseph E. Gourley, hereby stipulates to the dismissal of all claims in the above-captioned civil action, with prejudice to the refiling of same.  Plaintiff further stipulates that he shall bear his own costs and attorney's fees.

Respectfully submitted,

/S/

Oscar H. Villarreal
State Bar No. 20583900
6800 Park Ten Blvd., Ste. 244-E
San Antonio, Texas 78213
(210) 228-0871 Telephone
(210) 228-0144 Telecopier
ohv@vmrlaw.com

ATTORNEY FOR PLAINTIFF